Louis Bossert and Another, Appellants, v. Amalie Seldner, Respondent. George Haefner, Appellant, Respondent, and Frederick N. Du Bois and Others, Appellants.— Motion for reargument denied. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Charles P. Burke, Appellant, v. Patrick O'Brien and Others, Respondents.— Motion to dismiss appeal granted, with costs, unless the appellant cause the printed papers on appeal to be served within ten days; on compliance with this condition the motion is denied, without costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Mary E. Fagan, Respondent, v. Charles E. McDonnell and Others, Appellants. (Actions 2, 3 and 4.)— Motion for stay denied, unless the defendants stipulate that the appeal in these three cases abide the result of the appeal in Action No. 1. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Thomas D. Greenley, Respondent, v. Joseph N. Early, Appellant.— Motion to dismiss appeal denied. Present — Woodward, Jenks, Gaynor and Rich, JJ.

In the Matter of the Application of the Brooklyn, Queens County and Suburban Railroad Company for a Writ of Mandamus, etc.— Motion to amend order *nunc pro tunc* as of June 9, 1905, granted. Present — Woodward, Jenks, Gaynor and Rich, JJ.

In the Matter of the Application of the Citizens' Trust Company to Be Designated as a Depositary for Moneys Deposited in Court.— Order of reference made to Norman S. Dike, Esq. Present — Woodward, Jenks, Gaynor and Rich, JJ.

In the Matter of the Probate of the Last Will and Testament of James Stanley Connor, Deceased.— The surrogate is directed to allow the costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

In the Matter of Abraham Denike, Respondent, v. Charles W. Denike, Appellant.— Motion to dismiss appeal granted, with costs, unless the appellant pay ten dollars costs and cause the printed papers on appeal to be served within ten days; on compliance with these conditions the motion is denied, without costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Henry Koster, a Taxpayer of the City of Yorkers, Appellant, v. John H. Coyne, as Mayor, etc., and Others, Respondents.— Motion granted. Present — Woodward, Jenks, Gaynor and Rich, JJ.

John Lackner, Respondent, v. American Clothing Company, Appellant.— Motion granted. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Patrick Larkin, Appellant, v. John McNamee, Individually and as Executor, etc., and Others, Respondents.— Motion granted to resettle orders. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Frederick Leu and Others, Respondents, v. Ignatz Koscherak, Appellant.— Motion to dismiss appeal granted on conditions expressed in the order as entered. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Alfred Lewis, Appellant, v. The Town of Cornwall, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Harry Love, Respondent, v. Charles L. Burton, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Ellen Malone, Respondent, v. Yonkers Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Woodward, Jenks, Gaynor and Rich, JJ.